Jean Davilmar                                   Docket Number: 99-CR-00605-002 (WHP)
                                                                P27241/VL.dlh

                                    4

                        *JUDICIAL RESPONSE*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/12
```

THE COURT ORDERS:

[X]   The Issuance of a Summons
      The Offender is directed to appear as follows:

      Date:   9/6/12
      Time:   2PM
      Place:  11D

[ ]   Initiate Violation Proceedings

[ ]   Other
      _____
      _____
      _____


                                    _____
                                    Judicial Signature

                                    _____8/21/12_____
                                    Date