

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2023

May 11, 2023

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 443
New York, New York 10007

Re: *United States v. Jean Davilmar*, 99 Cr. 605 (VEC)

Dear Judge Caproni:

The Government writes to respectfully request a two-week extension of its deadline to respond to Jean Davilmar's petition for a writ of error *coram nobis*. The Government understands that pursuant to the Court's Order at Dkt. 61, the Government's deadline to respond is currently May 26, 2023, which is 30 days from the Government's receipt of the attorney affidavits in this matter.

The undersigned is beginning a trial in front of the Honorable Paul A. Engelmayer on May 15, 2023 and accordingly requests this brief extension. The Government has not conferred with Mr. Davilmar with respect to this request because he is both pro se and an inmate at the Fishkill Correctional Facility. The Government will mail a copy of this letter to Mr. Davilmar.

Should the Court grant this extension request, the Government will file its response on or before June 9, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Chelsea L. Scism
Assistant United States Attorney
(212) 637-2105

Application GRANTED.  The Government's deadline to respond to Mr. Davilmar's petition is hereby extended from Friday, May 26, 2023 until **Friday, June 2, 2023**.

Mr. Davilmar's deadline to reply is **Friday June 16, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Davilmar and to note the mailing on the docket.

SO ORDERED.

05/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE