USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2023/06/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN M. DAVILMAR, | |
| Petitioner, | 23-CV-4318 (VEC) |
| -against- | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

VALERIE CAPRONI, Chief United States District Judge:

WHEREAS Petitioner is currently incarcerated at Fishkill Correctional Facility pursuant to a state conviction, *see People v. Davilmar*, 208 A.D.3d 681 (2d Dep't Aug. 17, 2022);

WHEREAS on May 23, 2023, Petitioner submitted a letter to the Court indicating that he wishes to file a habeas petition under 28 U.S.C. § 2241 and requesting any "forms" related to such a petition, *see* Letter, Dkt. 69, at 3;[1] and

WHEREAS a petition under 28 U.S.C. § 2241 may only be filed by prisoners in state custody for reasons other than a judgment of conviction, such as pretrial detention awaiting extradition, or if a prisoner is alleging illegal detainment in immigration custody, *see* 28 U.S.C. § 2241;

IT IS HEREBY ORDERED that the Court has attached the relevant papers to file a petition under 28 U.S.C. § 2241 to this Order.

IT IS FURTHER ORDERED that Petitioner is advised that if he is seeking to file a habeas petition to challenge his current state court conviction under 28 U.S.C. § 2254, he must

---

[1] Petitioner previously filed a writ of error *coram nobis* challenging a separate, federal conviction for conspiracy to commit bank fraud. See Petition, Dkt. 55. That petition is currently being briefed. *See* Petition, *United States v. Davilmar*, No. 99-CR-605 (VEC), Dkt. No. 55 (S.D.N.Y. Jan. 26, 2023).

send his habeas petition to the Eastern District of New York.[2]  *See* Local Rule 83.3 (Section 2254 petitions, challenging a New York State conviction, "shall be filed . . . in the District Court of the district within which they were convicted and sentenced").

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner and to note the mailing on the docket.

SO ORDERED.

Dated:   06/08/2023
         New York, New York

                                          _____
                                                VALERIE CAPRONI
                                                United States District Judge

---

[2]     The Eastern District of New York is located at 225 Cadman Plaza East, Brooklyn, New York 11201.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form**. You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**. You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition**. The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents**. In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee**. You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court**. Mail your petition and _____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address**. You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _____ <br> *Petitioner* <br> v. <br> _____ <br> *Respondent* <br> *(name of warden or authorized person having custody of petitioner)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> ) *(Supplied by Clerk of Court)* <br> ) <br> ) <br> ) |

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: _____
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: _____
   (b) Address: _____
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ❒ Federal authorities    ❒ State authorities    ❒ Other - explain: _____
4. Are you currently:
   ❒ A pretrial detainee (waiting for trial on criminal charges)
   ❒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ❒ Being held on an immigration charge
   ❒ Other *(explain)*: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ❐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ❐ Pretrial detention
   ❐ Immigration detention
   ❐ Detainer
   ❐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ❐ Disciplinary proceedings
   ❐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: _____
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❐ Yes          ❐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❐ Yes            ❐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❐ Yes            ❐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: _____

(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b)  If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ❒ Yes             ❒ No

    If "Yes," answer the following:

    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ❒ Yes             ❒ No

          If "Yes," provide:
          (1) Name of court: _____
          (2) Case number: _____
          (3) Date of filing: _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised: _____

    (b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

          ❒ Yes             ❒ No

          If "Yes," provide:
          (1) Name of court: _____
          (2) Case number: _____
          (3) Date of filing: _____
          (4) Result: _____
          (5) Date of result: _____
          (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❏ Yes      ❏ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

❏ Yes      ❏ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

❏ Yes      ❏ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

        (4)  Result: _____
        (5)  Date of result: _____
        (6)  Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ❏ Yes          ❏ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

    **GROUND ONE**: _____

    _____

    _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
❏ Yes         ❏ No

**GROUND TWO**:

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
❏ Yes         ❏ No

**GROUND THREE**:

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
❏ Yes         ❏ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**: _____
_____
_____
_____

    (a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:
_____
_____
_____
_____
_____
_____

    (b)  Did you present Ground Four in all appeals that were available to you?
    ❒ Yes          ❒ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____
_____
_____
_____

### Request for Relief

15.  State exactly what you want the court to do: _____
_____
_____
_____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*